**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| WESLEY HOWARD, | : | Case No. 1:26-cv-388 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Jeffery P. Hopkins |
| vs. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| WARDEN, LONDON CORRECTIONAL INSTITUTION | : | |
| | : | |
| , | : | |
| Respondent. | : | |

## DEFICIENCY ORDER

Petitioner, a state prisoner, brings this pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The total filing fee due in this habeas corpus action is $5.00.  Observing that Petitioner had not paid the $5.00 filing fee or submitted a motion to proceed *in forma pauperis* a Notice of Deficiency was issued on April 20, 2026, directing him to correct this issue within thirty days.  (Doc. 3).

To date, more than thirty days after the Clerk issued the Notie of Deficiency, Petitioner has failed to respond.  This case may not proceed until Petitioner either pays the $5.00 filing fee or seeks leave to proceed without payment of fees.  Petitioner is therefore **ORDERED** to either pay the $5.00 filing fee or file a motion for leave to proceed without payment of fees **WITHIN THIRTY (30) DAYS** of the date of this Order.

Petitioner is warned that failure to comply with this Order may result in the dismissal of this action for want of prosecution.  Should he need additional time to comply with this Order he must file a motion for extension of time.

2

**THE CLERK OF COURT IS DIRECTED** to submit to Petitioner an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.

**IT IS SO ORDERED.**

May 28, 2026                                     */s/ Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                  United States Magistrate Judge

2