## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

WESLEY HOWARD,

      Petitioner,

vs.

WARDEN, LONDON
CORRECTIONAL INSTITUTION
,

      Respondent.

:
:
:
:
:
:
:
:
:
:
:

Case No. 1:26-cv-388

District Judge Jeffery P. Hopkins
Magistrate Judge Chelsey M. Vascura

## ORDER FOR ANSWER AND FOR RESPONSE TO MOTION TO STAY

This is an action pursuant to 28 U.S.C. § 2254 for a writ of habeas corpus.  Petitioner seeks release from confinement imposed as part of the judgment of a State court in a criminal action.  The case has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order 22-05.  Petitioner has paid the $5.00 filing fee necessary to commence this action.

The matter is currently before the Undersigned for consideration of Petitioner's motion to stay (Doc. 2) and for the preliminary review of the Petition (Doc. 1) under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Upon preliminary consideration pursuant to Rule 4 of the Rules Governing § 2254 Cases, the Court finds that it does not plainly appear from the face of the Petition and any exhibits attached thereto that the Petitioner is not entitled to relief in this Court. Accordingly, it is hereby **ORDERED** that Respondent shall file an answer conforming to

the requirements of Rule 5 of the Rules Governing § 2254 Cases within **sixty (60) days**

of the date of filing of this Order.  Specifically, said answer shall respond to each

allegation made in the Petition, raise any affirmative defense relied on by Respondent,

and state whether, from Respondent's perspective, any claim in the Petition is barred by a

failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of

limitations.  **<u>Respondent shall also respond to Petitioner's motion to stay (Doc. 2)</u>**

**<u>within this 60-day time period, either as part of the answer or as a separate</u>**

**<u>document.</u>**

Before filing the answer, the Respondent shall file those portions of the state court

record needed to adjudicate this case.  When the record is filed electronically, the Court's

CM/ECF filing system will affix a unique PageID number to each page of the record,

displayed in the upper right-hand corner of the page.  All papers filed in the case

thereafter by either party shall include record references to the PageID number.  Prior to

filing the state court record, the Warden's counsel shall ensure that any borders on parts

of the record (typically, court reporter transcripts) do not obscure the PageID number

when the page is filed.  The record shall be indexed by insertion of "bookmarks" in the

.pdf version of the state court record uploaded to the Court's CM/ECF system, which

display each exhibit and the name of that exhibit in the record.

As required by Fed. R. Civ. P. 5, a complete copy of the answer and state court

record with the PageID numbers must be served on Petitioner at the time of filing.

Petitioner may, not later than **twenty-one (21) days** after the answer is filed, file

and serve a reply to the answer.

The **Clerk of Court** is **ORDERED** to serve the Petition on Respondent and the

Attorney General of Ohio, Habeas Corpus Unit of the Corrections Litigation Section c/o

Brian.Higgins@OhioAGO.gov and Habeas.docketclerk@OhioAGO.gov.

**IT IS SO ORDERED.**

June 10, 2026                                          *Chelsey M. Vascura*
                                                       Chelsey M. Vascura
                                                       United States Magistrate Judge